1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADDOX,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>        Defendant. | No.  2:25-cv-3513 DAD CKD P<br><br><br><u>ORDER</u> |

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a request to proceed in forma pauperis. The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who submits an affidavit [which indicates a] person is unable to pay such fee or give security therefor." 28 U.S.C. § 1915(a).  A review of plaintiff's inmate trust account statement reveals that plaintiff is able to pay the $405.00 filing fee for this action.

/////
/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 6) is DENIED;
2. Plaintiff shall submit the $405.00 filing fee within 14 days. Failure to submit the filing fee will result in a recommendation that this action be dismissed.

Dated: 01/05/26

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
madd3513.3b